UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Benjamin Hendricks,

    Plaintiff,

    v.                              Case No. 2:11-cv-399

Jeffrey Norman Hazzard, et al.,    JUDGE MICHAEL H. WATSON

    Defendants.

## ORDER

On June 12, 2013, the U.S. Magistrate Judge issued a Report and Recommendation, ECF No. 85, in which he recommended that the Court deny Plaintiff's motion for a temporary restraining order or preliminary injunction and request for hearing, ECF No. 80, and Plaintiff's motion for appointment of counsel, ECF No. 77. The Magistrate Judge also granted Plaintiff's motion for an amendment of the scheduling order, ECF No. 81.

Although the Magistrate Judge expressly warned the parties of the consequences of failing timely to object to the Report and Recommendations, no such objections have been filed to date, and the time to do so has long since passed. The Court **ADOPTS** the Report and Recommendation in its entirety, and accordingly **DENIES** Plaintiff's motion for a temporary restraining order or preliminary injunction and request for hearing, ECF No. 80, and his motion for appointment of counsel, ECF No. 77.

The Clerk shall remove ECF Nos. 77 and 80 from the Civil Justice Reform Act motions report.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**